

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:        In re Lakeith Amir-Sharif

Appellate case number:     01-19-00939-CV

Trial court case number:    67247I

Trial court:                412th District Court of Brazoria County

Relator, Lakeith Amir-Sharif, filed a petition for writ of mandamus on December 3, 2019. This Court requested a response from real party in interest, Texas Department of Criminal Justice ("real party"), by January 9, 2020. Real party has filed a motion to extend its time to respond by two weeks, and reasonably explained the need for the extension. *See* TEX. R. APP. P. 10.5(b). Accordingly, the Court **grants** real party's motion and **orders** real party to file its response to relator's petition for writ of mandamus **by February 7, 2020**.

It is so ORDERED.


Judge's signature:    /s/ Evelyn V. Keyes
            ☑ Acting individually     ☐ Acting for the Court


Date:    December 31, 2019